MAR 18 2022 PM4:15
FILED-USDC-CT-HARTFORD

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## CIVIL RIGHTS COMPLAINT

Vernon J. Leftridge, Jr.

_____,
Plaintiff(s),
(Full name(s); Do not use **et al.**)

v.

State of Connecticut Judicial Branch, et al

Joan Andrews

Cassandra Williams

Andrea Gaines

Jane Doe

John Doe;

Connecticut Dept. of Social Services

Defendant(s).

(Full name(s) and capacity, <u>e.g.</u>, official capacity, individual capacity,
or official and individual capacitites) (Do not use **et al.**)

Case No. 3: 22 CV411 JAM
(To be supplied
by the court)

### A. PARTIES

1. Vernon James Leftridge, Jr. is a citizen of Maryland who
(Plaintiff)                                    (State)
presently resides at 18235 Shapwick Court, Hagerstown, MD, 21740
(mailing address)

2. Defendant State of Connecticut, Judicial Branch, et al is a citizen of Connecticut
(name of first defendant)                      (State)

whose address is 90 Washington Street, Hartford, CT 06106

and who is employed as State of Connecticut.
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?  ✓ Yes ____No.  If your answer is "Yes," briefly explain:

See Plaintiff Exhibits 1 thru 6 "6" (One through Five) an Six) EXHIBITS

3.  Defendant Andrea Gaines is a citizen of Connecticut
    (name of second defendant)                          (State)

whose address is Unknown

and who is employed as Asst. Connecticut Attorney / Office of Connecticut Attorney General
    (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ____No.  If your answer is "Yes," briefly explain: SEE Plaintiffs Exhibit

Defendant was acting under color of state "3" law and Maryland Interstate laws

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES."  Be sure to include each defendant's complete address and title.)


## B.  JURISDICTION

1.  Jurisdiction is asserted pursuant to (CHECK ONE)

____✓____   42 U.S.C. § 1983 (applies to state defendants)

_____   ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2.  Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3).  (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e-2 as amended; Americans with Disabilities Act, 42 U.S.C. 12101 et seq.; Section 504 of the Rehabilitation Act of 1973; ("CGS") Maryland Discrimination Act; Connecticut General Statues 46a-60(b)(1); C.GS 46a-60(b)(4); C.G.S 46a-71; See also Plaintiffs Exhibits 1-5; 2 ADA Act of Maryland

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. I filed a CHRO complaint against defense, I believe that defendants while acting under color of authority and state laws of Maryland and Connecticut intentionally violated State of Maryland Statues, Connecticut States, my federally protected ADA (Americans With Disabilities) rights, federal protected civil rights.

On or about June 2019, I filed complaints and grievances against defendants for ADA violations, Spoilation of material evidence and retaliation

After filing complaints defendants retaliated and intentionally violated

## D. CAUSE OF ACTION my ADA rights and Civil Rights.

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** See Attached Plaintiffs Exhibits 1-6 (ONE THRU SIX)

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

See Attached Plaintiffs Exhibits 1-6 (ONE THRU SIX)

3

**Claim II:** See Attached Exhibits 1-6 (ONE THRU SIX)

**Supporting Facts:** SEE Attached Exhibits 1-6 (ONE THRU SIX)

**Claim III:** See Attached Exhibits 1-6 (ONE THRU SIX)

**Supporting Facts:** SEE Attached Exhibits 1-6 (ONE THRU SIX)

4

## E. REQUEST FOR RELIEF

I request the following relief:

A) monetary damages for intentional infliction of unnecessary stress.

B) punitive damages

C) compensatorial damages

D) apology letter

E) Monitor of defendant ADA policies

F) injunctive relief

G) Whatever U.S. District Court deems appropriate and just.

H) Protective and Restraining Orders

I) Relief for intentionally damaging credit rating

J) Reimbursement of monies loss as a result of defendants acts and ommissions

## F. JURY DEMAND

Do you wish to have a jury trial? Yes ✓    No _____

_____N/A_____
Original signature of attorney (if any)

Printed Name _N/A_

**Plaintiff's Original Signature**

Vernon J. Lettridge, Jr.

Printed Name

_( ) N/A_
Attorney's full address and telephone

(240)707-7243, 18235 Shapwick Court Hagerstown, MD 21740
Plaintiff's full address and telephone

_N/A_
Email address if available

Vernon lettridge.v1@gmail.com
Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Hartford, CT_ on _March 18, 2022_
              (location)              (date)

_____
**Plaintiff's Original Signature**

(Rev. 3/21/16)

5