Civil- (Dec-2008)

HONORABLE: Jeffrey A. Meyer

DEPUTY CLERK: Diahann Lewis   RPTR/ECRO/TAPE: Diana Huntington

TOTAL TIME: ____ hours  51 minutes

DATE: 6/12/2023   START TIME: 3:05   END TIME: 3:56

LUNCH RECESS   FROM: _____   TO: _____

RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. 3:22CV411 (JAM)

Leftridge

vs

Judicial Branch et al

Vernon Leftridge (appearing pro se)
Plaintiff's Counsel

Holzman, DeMattia, Wallace
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ..... #123  Motion to Dismiss _____  ☐ granted ☐ denied ☑ advisement
☑ ..... #81   Motion to Dismiss _____  ☐ granted ☐ denied ☑ advisement
☐ ..... #____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....   ☐ Briefs(s) due ____  ☐ Proposed Findings due ____  Response due ____
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  Hearing continued until _____ at _____

Notes: